■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO CIRILLO, Appellant. [699 NYS2d 873] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ferdinand, J.), rendered March 28, 1996, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court admitted into evidence, over objection, a photograph depicting the defendant holding two guns. The de-

fendant contends that the photograph was inflammatory, non-probative, and prejudicial, and that its admission into evidence constituted reversible error.

The Supreme Court erred in admitting the photograph into evidence (*see, People v Pobliner,* 32 NY2d 356, *cert denied* 416 US 905). However, in view of the overwhelming evidence of the defendant's guilt, which included his videotaped confession, the error was harmless (*see, People v Crimmins,* 36 NY2d 230). Bracken, J. P., Thompson, Friedmann and Smith, JJ., concur.